# COURT OF APPEAL, FIRST CIRCUIT
## STATE OF LOUISIANA


RE:  Docket Number 2019-CU-1473


Leslie Nelson Parker

- - Versus - -

Brittani Leeann Finch

Family Court of East Baton Rouge
Case #: 206930
East Baton Rouge Parish


Consolidated with the following:


2019 - CU - 1514
Brittani LeeAnn Finch
versus
Paula Antonia Gordon


On Application for Rehearing filed on 05/28/2020 by Paula Antonia Gordon

Rehearing ___*Denied*_____


_____
Toni Manning Higginbotham

_____
Allison H. Penzato

_____
Walter I. Lanier, III


Date **JUL 0 6 2020**
_____

_____
Rodd Naquin, Clerk